UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID D. BUTLER,<br><br>                Plaintiff,<br><br>   v.<br><br>KEVEN BOWEN, et al.,<br><br>                Defendant. | CASE NO. 2:24-cv-01071-KKE-BAT<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, and noting that no objection has been filed, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Plaintiff's claims are dismissed without prejudice.

    (3)    Plaintiff's motion to proceed *in forma pauperis* (Dkt. 4) is stricken as moot.

//

//

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

(5)

Dated this 3rd day of September, 2024.

_____
Kymberly K. Evanson
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2